IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CT-3128-D

MICHAEL A. WILLIAMS,            )
                               )
              Plaintiff,        )
                               )
       v.                       )            **ORDER**
                               )
ALVIN W. KELLER, et al.,        )
                               )
              Defendants.       )

On July 15, 2011, Michael A. Williams ("Williams" or "plaintiff") filed this action pursuant

to 42 U.S.C. § 1983 [D.E. 1]. Williams seeks leave to proceed in forma pauperis [D.E. 2]. On July

25, 2011, Williams filed motions to appoint counsel [D.E. 4–5]. On August 15, 2011, Williams

moved to amend the complaint [D.E. 6]. On August 25, 2011, Williams moved to certify the case

as a class action [D.E. 7]. On September 26, 2011, Williams filed a motion in limine [D.E. 8]. On

November 4, 2011, Williams filed a motion to dismiss this action with prejudice [D.E. 9].[1]

A plaintiff may dismiss an action voluntarily, without an order of the court, by filing a notice

of dismissal at any time before service by the adverse party of an answer or a motion for summary

judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Otherwise, an action shall not be dismissed on the

plaintiff's request except upon order of the court. Fed. R. Civ. P. 41(a)(2). Defendants have not

filed an answer or motion for summary judgment. Thus, the court will allow the voluntary dismissal.

---

[1] In so moving, Williams states that he "understands that this case (5:11-CT-3138-D) will be
dismissed and cannot be reinstated at a later date." Mot. Dismiss 1.

Williams's motion to dismiss with prejudice [D.E. 9] is ALLOWED, and this action is

DISMISSED WITH PREJUDICE. Williams's remaining motions [D.E. 2, 4–8] are DENIED AS

MOOT. The Clerk of Court is DIRECTED to close this case.

SO ORDERED. This _8_ day of November 2011.

JAMES C. DEVER III
Chief United States District Judge